﻿Citation Nr: AXXXXXXXX
Decision Date: 01/29/21 Archive Date: 01/29/21

DOCKET NO. 200302-66183
DATE: January 29, 2021

ORDER

The appeal is dismissed. 

 

FINDING OF FACT

In May 2020, prior to the promulgation of a Board decision, the Veteran withdrew the appeal. 

CONCLUSION OF LAW

The criteria for withdrawal of the appeal have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from June 2003 to September 2012. 

The case is on appeal from a December 2019 rating decision.

1. Service connection for plantar fasciitis.

2. Service connection for posttraumatic stress disorder (PTSD) with anxiety condition. 

3. Service connection for tinnitus. 

4. Service connection for a dental condition. 

Under 38 U.S.C. § 7105, the Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. An appeal may be withdrawn by the Veteran or representative at any time before the Board promulgates a decision. 38 C.F.R. § 20.205. 

In May 2020, the Veteran submitted a request to withdraw a March 2020 notice of disagreement (NOD) that indicated his desire for direct review of the appeal by the Board. In doing so, the Veteran stated, “I am requesting to have my [B]oard appeal withdrawn.” 

The Board finds that the Veteran’s withdrawal of the issues on appeal is “explicit, unambiguous, and done with a full understanding of the consequences of such action on the part of the claimant.” DeLisio v. Shinseki, 25 Vet. App. 45, 57 (2011); see also Acree v O’Rourke, 891 F.3d 1009 (Fed. Cir. 2018). The withdrawal of the claims on appeal is an express statement in writing that the Veteran no longer wants to pursue the claims on appeal at the Board level. 

Therefore, there remain no allegations of errors of fact or law for appellate consideration with regard to this appeal. Accordingly, the Board does not have jurisdiction to review the appeal and it is dismissed. 

 

 

RYAN T. KESSEL

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board M. Taylor

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.